Michael A. Cardozo
 Corporation Counsel of the
 City of New York
Attorney for the City of New York
100 Church Street
New York, New York 10007
By: Hugh H. Shull (HS-0236)
    Assistant Corporation Counsel
    212-356-2138

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re,

107 4TH AVE, LLC.,

             **Chapter 11**

         Debtor.    Case No. 13-41048-CEC

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS OF THE CITY OF NEW YORK**

   **PLEASE TAKE NOTICE,** that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, The City of New York hereby appears in the above-captioned case by its counsel, MICHAEL A CARDOZO, Corporation Counsel for the City of New York.

   Request is hereby made pursuant to Bankruptcy Rule 2002 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, and answering and reply papers, filed in the above-captioned case by mailing one copy of any such paper to:

MICHAEL A. CARDOZO
   Corporation Counsel of the
   City of New York
100 Church Street
New York, New York 10007
Attn: Hugh H. Shull, Esq.

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes, pursuant to Rule 3017 of the Federal Rules of Bankruptcy Procedure, copies of each disclosure statement and plan of reorganization filed or to be filed in the above-captioned case.

Dated: New York, New York
      April 3, 2013

          MICHAEL A. CARDOZO
            Corporation Counsel of the
            City of New York

          By: //Hugh Shull
              Hugh Shull (HS-0236)
              Assistant Corporation Counsel
              100 Church Street
              New York, New York 10007
              (212)356-2138

To:    Bruce Weiner, Esq
        Rosenberg, Musso & Weiner, LLP
        26 Court Street
        Brooklyn, New York 11242.

        Office of the United States Trustee
        Eastern District of New York
        271 Cadman Plaza East
        Brooklyn, New York 11201

STATE OF NEW YORK )
: SS.:
COUNTY OF NEW YORK )

      MARY OROURKE, being duly sworn, deposes and says that:

1. I am not a party to the action, I am over 18 years of age and reside in Bronx County, New York.

2. On April 3, 2013, I caused a true copy of the affixed Notice of Appearance and Demand for Service of Papers to be served upon the parties on the attached service list via electronic filing. The United States Trustee's Office and parties unable to receive copies via electronic filing will receive hard copies served in an envelope via first class mail to be deposited into a designated depository maintained by the United states Postal service.

                                                      Mary O'Rourke
                                                      Mary O'Rourke

Sworn to before me this
3rd day of April, 2013

Melanie Wilson

**NOTARY PUBLIC**

MELANIE WILSON
Notary Public, State of New York
No. 01WI6134734
Qualified in Kings County
Commission Expires Oct. 03, 2009 2013